**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00968-CV

### IN RE FLOYD CIRCLE PARTNERS, LLC, Relator

**Original Proceeding from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-02720-E**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/      LANA MYERS
         JUSTICE